■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GAIME GONZALES, Also Known as GAIME GONZALEZ, Also Known as JAIME GONZALEZ, Appellant. [759 NYS2d 360] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Latella, J.), rendered November 7, 2001, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defense attorney's cross-examination of the undercover officer justified the People's subsequent questioning of the officer on redirect examination (*see generally People v Melendez,* 55 NY2d 445, 451 [1982]; *People v Johnson,* 296 AD2d 422 [2002], *lv denied* 99 NY2d 537 [2002]).

The defendant's remaining contentions are without merit. Altman, J.P., McGinity, Luciano and H. Miller, JJ., concur.